UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAE DANIEL LEE,

                Plaintiff,

                -against-

WOODSTOCK OUTDOOR COMPANY, INC.
d/b/a WOODSTOCK OUTDOOR COMPANY,
and NABILE TASLIMANT in his individual
Capacity,

                Defendants.
------------------------------------------------------------X



**ORDER**

17-CV-7696 (JPO) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

On September 17, 2019, the Court granted the plaintiff's request to "hold in abeyance his inquest submissions so that he may be [sic] complete the prosecution of claims against defendant [Nabile] Talismant" ("Talismant") and directed that the plaintiff advise the Court when the prosecution of those claims has been completed. Docket Entry No. 55. The docket sheet maintained by the Clerk of Court for this case does not indicate that the plaintiff took any action concerning defendant Talismant after the Court's September 17, 2019 order.

On or before December 19, 2019, the plaintiff shall file a writing setting forth: (a) what steps, if any, he has undertaken in connection with the prosecution of his claims against Talismant; and (b) what, if anything, prevented him from taking steps to prosecute his claims against Talismant. The plaintiff should be mindful that his inquest submissions cannot be held in abeyance indefinitely and that failure to prosecute claims against Talismant may be subject to dismissal by the assigned district judge.

Dated: New York, New York
         December 12, 2019

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE