UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAE DANIEL LEE,

                Plaintiff,

           -against-                          **ORDER**

WOODSTOCK OUTDOOR COMPANY, INC.     17-CV-7696 (JPO) (KNF)
d/b/a WOODSTOCK OUTDOOR COMPANY,
and NABILE TASLIMANT in his individual
Capacity,

                Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       By a letter, dated December 16, 2019, the plaintiff informed the Court that the plaintiff "intends to request that the Court dismiss his claims as to Defendant [Nabile] Talismant pursuant to Fed. R. Civ. P. 41(2) and proceed with its [sic] inquest as to the remaining defendant." On or before January 10, 2020, the plaintiff shall make an application referenced in the December 16, 2019 letter to the assigned district judge. Within thirty (30) days after the resolution of the plaintiff's application, the plaintiff shall file new inquest submissions accordingly.

Dated: New York, New York
         January 2, 2020                     SO ORDERED:

                                                           KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE