UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAE DANIEL LEE,
                          Plaintiff,

-v-

WOODSTOCK OUTDOOR COMPANY, INC. d/b/a WOODSTOCK OUTDOOR COMPANY, and NABILE TASLIMANT,
                          Defendants.

17-CV-7696 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On January 10, 2020, this Court received Plaintiff's motion to dismiss all claims against Defendant Nabile Taslimant pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. No. 59.) Accordingly, the motion is GRANTED. All claims against Defendant Nabile Taslimant are hereby DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is directed to close the motion at Docket Number 59, and terminate Defendant Nabile Taslimant as a party to this action.

    SO ORDERED.

Dated: January 16, 2020
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge