**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TAE DANIEL LEE,

                Plaintiff,                          17 **CIVIL** 7696 (JPO)

      -against-                                 **JUDGMENT**

WOODSTOCK OUTDOOR COMPANY INC,
ET AL.,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 18, 2020, Magistrate Judge Fox's well-reasoned Report presents no such errors and is therefore fully adopted by this Court. Accordingly, damages are awarded as calculated in the Report as follows: $81,719 in damages consisting of: (1) $19,350, for overtime compensation pursuant to FLSA; (2) $18,440, for breach of contract; (3) $5,000, for violation of wage statement requirements pursuant to NYLL; (4) $72, for unlawful wage deductions; (5) $19,422, in liquidated damages; (5) $19,435, in attorney's fees and costs; (6) pre-judgment interest in the amount of $4,851.49 and post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
       September 21, 2020

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                **BY:**   *K. Mango*
                                                           **Deputy Clerk**